No. 93–1782.  SWEENEY, INDIVIDUALLY AND AS TRUSTEE OF THE MAPLE LEAF TRUST AND OF THE CANADIAN REALTY TRUST, ET AL. *v.* RESOLUTION TRUST CORPORATION ET AL., *ante,* p. 914.  Petition for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–9353.  SMITH *v.* DIXON, WARDEN, *ante,* p. 841; and

No. 94–5692.  GILMORE *v.* LOCAL 295, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL., *ante,* p. 936.  Motions for leave to file petitions for rehearing denied.

No. 94–459.  BISHOP *v.* GEORGIA STATE BAR, *ante,* p. 987.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

No. 94–6158.  DEMPSEY *v.* TURNER BROADCASTING SYSTEM ET AL., *ante,* p. 1004.  Motion of petitioner to defer consideration of petition for rehearing denied.  Petition for rehearing denied.

No. 94–5895 (A–489).  ZIMMERMAN *v.* TEXAS, *ante,* p. 1021.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Petition for rehearing denied.

## JANUARY 11, 1995

*Dismissal Under Rule 46*

No. 94–100.  FAULKNER *v.* UNITED STATES, *ante,* p. 870.  Petition for rehearing dismissed under this Court's Rule 46.